**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 2:26-cv-14406-LEIBOWITZ**

**SANTA DELGADO AGRAMONTE,**

*Petitioner,*

*v.*

**PETER CROFT, *et al.*,**

*Respondents.*
_____________________________________/

**ORDER**

**THIS CAUSE** comes before the Court on Petitioner's Petition for Writ of Habeas Corpus (the "Petition") [ECF No. 1]. On October 30, 2026, Petitioner filed a notice with the Court stating that Petitioner was provided an individualized bond hearing, after which she was released on bond [ECF No. 7] thereby mooting the Petition. *U.S. ex rel. INS*, 296 F.3d 1237, 1243 (11th Cir. 2002) ("Because [Petitioner] is not being detained by the INS (or any United States Government entity for that matter), no order from this Court requiring the INS to release him into the community awaiting his final removal could have any effect. . . . Any opinion regarding [Petitioner]'s challenge to his detention . . . would be purely advisory." (internal quotation mark omitted)).

Accordingly, it is **ORDERED AND ADJUDGED** that the Petition [**ECF No. 1**] is **DISMISSED** as moot. The ***Clerk*** is *directed* to **CLOSE** this case. All deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on November 3, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record